IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALFREDO SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-cv-00322 PRM |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served herein in the above matter, and attached hereto.

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss, Esq.
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 235
F: (866) 802-0021
CA SBN 259567
magruss@consumerlawcenter.com

**Certificate of Service**

I hereby certify that on October 7, 2010, I filed a copy of the foregoing using the Court's CM/ECF System, which automatically sent notice to all counsel of record, and via US Mail to the following:

>Jessica A. Hawkins
>Sessions, Fishman, Nathan & Israel, LLC
>900 Jackson Street, Suite 440
>Dallas, Texas 75202

By: /s/ Michael S. Agruss
Michael S. Agruss, Esq.
