IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALFREDO SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-cv-00322 PRM |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, ALFREDO SANCHEZ and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ALFREDO SANCHEZ, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

Dated: October 22, 2010    KROHN & MOSS, LTD.

/s/ Michael S. Agruss
Michael S. Agruss (CA SBN: 259567)
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: (866) 620-2956
magruss@consumerlawcenter.com
Attorney for Plaintiff, ALFREDO SANCHEZ

Dated: October 22, 2010		SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC

/s/ Jessica A. Hawkins
Jessica A. Hawkins
Texas Bar No. 24068029
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3008
Facsimile: (214) 741-3055
Email: jhawkins@sessions-law.biz
Attorneys for Defendant, NCO FINANCIAL SYSTEMS, INC.

## Certificate of Service

I hereby certify that on October 22, 2010, I filed a copy of the foregoing using the Court's CM/ECF System, which automatically sent notice to Jessica A. Hawkins, Sessions, Fishman, Nathan & Israel, LLC, 900 Jackson Street, Suite 440, Dallas, Texas 75202, and all other counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss, Esq.