IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALFREDO SANCHEZ,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-10-CV-322-PRM |
| | § | |
| NCO FINANCIAL SYSTEMS, INC.,<br>　　Defendant. | §<br>§ | |

## ORDER DISMISSING CAUSE WITH PREJUDICE

On this day, the Court considered the parties' "Stipulation of Dismissal with Prejudice" (Docket No. 11), filed on October 22, 2010, and signed by all parties, in the above-captioned cause. Therein, the parties inform the Court that they stipulate to the voluntary dismissal of all claims by Plaintiff against Defendants in this action "with each party to bear its own costs and attorney's fees." Stipulation of Dismissal 1.

Federal Rule of Civil Procedure 41(a)(1)(A) states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The dismissal is without prejudice unless, as here, "the notice or stipulation states otherwise." FED. R. CIV. P. 41(a)(1)(B). After due consideration, the Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that the parties' "Stipulation of Dismissal with Prejudice" (Docket No. 11) is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned cause be, and hereby is, **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**SIGNED** this 25 day of **October, 2010**.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE